UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART STURGILL<br><br>                     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>                     Defendant. | Case No.: 19cv2018-LAB (MDD)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; AND**<br><br>**ORDER SCREENING COMPLAINT AND DIRECTING CLERK TO ISSUE SUMMONS** |

      Plaintiff Stuart Sturgill filed his complaint, bringing claims under the Federal Tort Claims Act pertaining to medical negligence in a V.A. hospital. He also filed a motion to proceed *in forma pauperis* ("IFP"). The motion shows that Sturgill lacks the funds to pay the filing fee, and **GRANTS** his request to proceed IFP.

      The Court has screened the Complaint as required under 28 U.S.C. § 1915(e)(2) and § 1915A(b), and finds that it survives screening.

      The U.S. Marshals Service shall serve a copy of the Complaint and summons upon the Defendant as directed by Plaintiff on the U.S. Marshal Form 285. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

The Clerk shall provide Plaintiff with a certified copy of this Order, and shall issue a summons as to Plaintiff's Complaint, and shall send them to Plaintiff along with a blank U.S. Marshal Form 285. Plaintiff must serve the United States as provided by Fed. R. Civ. P. 4(i).

**IT IS SO ORDERED**.

Dated: October 29, 2019

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge